| | |
|---|---|
| 1 | KEVIN V. RYAN (CABN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | KIRSTIN M. AULT (CABN 206052)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 271-3059 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. | CR 06-00712 JSW |
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING | |
| | ) | TIME FROM NOVEMBER 6, 2006 TO | |
| v. | ) | DECEMBER 14, 2006 FROM THE | |
| | ) | SPEEDY TRIAL ACT CALCULATION | |
| HAROLD HARRISON | ) | (18 U.S.C. § 3161(h)(8)(A)) | |
| Defendant. | ) | | |
| | ) | | |

On November 6, 2006, 2006, the parties appeared before Magistrate Judge Edward M. Chen for identification of counsel. Defense counsel was unable to make the appearance, and the matter was continued to November 8, 2006. At that appearance, defense counsel was appointed to represent the defendant, and counsel stated that he would need time to obtain and review discovery in this case. The matter was set for an initial appearance on December 14, 2006 before the Honorable Jeffrey S. White, and the Court found that time should be excluded from the Speedy Trial Act from November 6 through November 8, 2006 for continuity of counsel and from November 8 through December 14, 2006, for effective preparation of defense counsel.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

1  from November 6, 2006 through December 14, 2006.
2      The parties agree, and the Court finds and holds, as follows:
3      1. The defendant is out of custody.
4      2. The defendant agrees to an exclusion of time under the Speedy Trial Act from
5  November 6 through November 8, 2006 based upon the need for continuity of defense counsel,
6  and from November 8 through December 14, 2006 based upon the need for effective preparation
7  of defense counsel.
8      3. Counsel for the defense believes that the exclusion of time is in his client's best
9  interest.
10     4. Given these circumstances, the Court finds that the ends of justice served by excluding
11 the period from November 6, 2006, through December 14, 2006, outweigh the best interest of
12 the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
13     5. Accordingly, and with the consent of the defendant, the Court orders that the period
14 from November 6, 2006, through December 14, 2006 be excluded from Speedy Trial Act
15 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
16
17 STIPULATED:
18
19 DATED: 12·8·06
20 HAROLD ROSENTHAL
   Attorney for Defendant
21
22 DATED: 12-11-06
23 KIRSTIN M. AULT
   Assistant United States Attorney
24
25 IT IS SO ORDERED.
26
27 DATED:_____ 12/13/06
28 EDWARD
   United States

IT IS SO ORDERED
Judge Edward M. Chen