1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 271-3059
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )   No.   CR 06-00712 JSW
                                      )
13 |         Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                      )   TIME FROM DECEMBER 14, 2006 TO
14 |   v.                              )   JANUARY 8, 2007 FROM THE SPEEDY
                                      )   TRIAL ACT CALCULATION (18 U.S.C. §
15 | HAROLD HARRISON                   )   3161(h)(8)(A))
                                      )
16 |         Defendant.                )
                                      )
17 |_____)

18

19         On December 14, 2006, the parties appeared before the Honorable Jeffrey S. White for an

20 initial appearance. At that appearance the court ordered that the defendant's pre-trial motions are

21 due on January 8, 2007, the United States' responses are due January 22, 2007, any replies are

22 due January 29, 2007, and a motions hearing will be held on February 15, 2007 at 2:30 p.m. The

23 Court also found that time should be excluded from the Speedy Trial Act from December 14,

24 2006, through January 8, 2007 for the effective preparation of defense counsel.

25         With the agreement of the parties, and with the consent of the defendant, the Court enters

26 this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

27 from December 14, 2006, through January 8, 2007.

28         The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from December 14, 2006, through January 8, 2007, based upon the need for effective preparation of defense counsel.

3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 14, 2006, through January 8, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from December 14, 2006, through January 8, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 12/20/06

HAROLD ROSENTHAL
Attorney for Defendant

DATED: 12/20/04

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 3, 2007

HON. JEFFREY S. WHITE
United States District Judge