1  HAROLD ROSENTHAL, SBN 68380
2  Attorney at Law
3  803 Hearst Avenue
   Berkeley, CA  94710
4  Tele: (510) 981-1800
   Fax: (510) 981-1821
5  Attorney for Defendant
6
7
8
9  THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
11                                     CALIFORNIA

11  THE UNITED STATES OF AMERICA,    )  Case No.  CR 06-00712 JSW
12                                   )
                    Plaintiff,       )  STIPULATION AND [PROPOSED]
13                                   )  ORDER
         vs.                         )
14                                   )
    HAROLD HARRISON,                 )
15                                   )
                    Defendant        )
16

17       It is hereby stipulated by and between the parties that good cause exists to

18  continue the dates applicable to the filing of defendant's pretrial motions.  The parties

19  believe that good cause exists for the following reasons:

20       The photographs of the locations searched, which are necessary to complete the

21  suppression motion, only became available to the government and defendant on or about

22  December 21, 2006, immediately before the Christmas holidays.  Counsel was on

23  vacation since that time and until the beginning of the New Year, and therefore was

24
25  unavailable to make use of those photographs until approximately January 2, the date he
26
27
28

STIPULATION AND [PROPOSED] ORDER            1

returned to work. This was not sufficient time to allow him to complete defendant's suppression motion by January 8, 2007.

There have been no prior extensions of the dates set for pretrial motions in this matter.

Accordingly, the parties stipulate that the dates previously set in this matter be vacated and the following schedule be instituted in this matter:

> Defendant's Motions Due: January 29, 2007
>
> Government's Response Due: February 12, 2007
>
> Defendant's Reply Due: February 20, 2007
>
> Hearing on Motions: March 1, 2007

Additionally, it is further stipulated that all time through the date set for the hearing on defendant's motion, and any additional time which may be required for the Court to take the motion under submission and render a decision, is excludable under the Speedy Trial Act, and specifically under 18 USC § 3161(h)(8)(A), insofar as the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, because such time is reasonably necessary for effective preparation of defense counsel, taking into account the exercise of due diligence, as set forth in 18 USC § 3161(h)(8)(B)(iv); and as delay resulting from a pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, as set forth in 18 USC § 3161(h)(8)(F).

//

//

STIPULATION AND [PROPOSED] ORDER        2

It is so stipulated.

Dated: January 12, 2007

>        /S/
> KIRSTIN M. AULT, AUSA
>
> Attorney for Plaintiff United States of America

It is so stipulated.

Dated: January 12, 2007

>        /S/
> HAROLD ROSENTHAL
>
> Attorney for Defendant Harold Harrison

It is so ORDERED, and the Court makes the findings set forth in the above stipulation.

Dated: January 16, 2007

> _____
> THE HONORABLE JEFFREY S. WHITE
> Judge of the United States District Court for the
> Northern District of California

STIPULATION AND [PROPOSED] ORDER           3