UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLD HARRISON,<br><br>    Defendant.<br>_____/ | No. CR06-0712 JSW (EMC)<br><br>**ORDER MODIFYING RELEASE CONDITIONS** |

Upon argument of counsel at the Bail Review Hearing on January 31, 2007, defendant is hereby ordered to be released from Cornell Corrections **upon** Donna Borkowski's signing the bond as third-party custodian. Defendant shall contact court to set upon a bond signing hearing before Judge Vadas in Eureka. The November 13, 2006 bond shall be modified with the following pretrial release conditions:

1. Upon defendant's return to Weott, California, the defendant shall immediately visit the Humboldt County Mental Health Center in Garberville, California, and shall arrange for psychotropic medication monitoring appointments, as well as weekly counseling services at this facility. He shall sign a release from allowing Pretrial Services to have contact with the assigned mental health professionals, and he shall provide on-going proof that he is attending regularly scheduled appointments;

2. The defendant shall be required to take any prescribed psychotropic medication exactly as directed;

3. The defendant shall submit to random drug and alcohol testing and participate in substance abuse counseling (if deemed appropriate) at the direction of Pretrial Services. It is noted that the nearest drug testing facility is in Eureka, California, and the defendant would be required to report to this facility with 24 hour notice; and

4. The defendant shall show proof that any firearms in his possession have been transferred to the possession of another individual. If he is not in possession of these firearms, he shall sign a statement to that effect; and

5. Ms. Borkowski shall act as third-party custodian.

IT IS SO ORDERED.

January 31, 2007

Dated: _____

_____
EDWARD M. CHEN
United States Magistrate Judge