HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  )  Case No. CR 06-00712 JSW
                Plaintiff,  )  [PROPOSED]
    vs.  )  ORDER
HAROLD HARRISON,  )  DENYING REQUEST FOR EXTENSION OF TIME
                Defendant  )

~~For good cause shown, the Court orders that the present briefing schedule be modified as follows:~~

~~Defendant's Motions Due: March 1, 2007~~

~~Government's Response Due: March 15, 2007~~

~~Defendant's Reply Due: March 20, 2007[1]~~

Hearing on Motions: March 29, 2007 at 2:30 p.m.[2]

---

[1] This is the date presently set pleading.

[2] This is the date presently set for hearing.

[PROPOSED] ORDER           1

1 | It is so ORDERED, and the Court's finding previously made pursuant to the
2 | Speedy Trial Act remain in effect.
3 | Dated: March 1, 2007

The request for an extension of time to file motions is DENIED.  To the extent the parties request further exclusions of time under the Speedy Trial Act, they shall submit a request and proposed Order prior to the March 29, 2007 hearing date.

_____
THE HONORABLE JEFFREY S. WHITE
Judge of the United States District Court for the Northern District of California

[PROPOSED] ORDER                    2