IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD HARRISON,<br><br>    Defendant.<br>_____/ | No. CR 06-00712 JSW<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME** |

The Court has received Defendant's stipulated request for additional time to file his pretrial motions, filed on March 1, 2007. Although the Court denied a similar request dated, February 28, 2007, on March 1, 2007, the Court reluctantly shall grant Defendant one further extension of time.

Accordingly, Defendant's pretrial motions shall be due by no later than 4:00 p.m. on Monday, March 5, 2007. The Government's opposition shall be due by no later than 4:00 p.m. on Monday March 19, 2007. The Court shall not accept a reply brief from Defendant, but shall give Defendant an opportunity to offer any argument on reply at oral argument on the motion.

Finally, the Court shall not entertain any further requests for extensions of time with respect to the pretrial motions.

**IT IS SO ORDERED.**

Dated: March 2, 2007

                                            JEFFREY S. WHITE<br>
                                            UNITED STATES DISTRICT JUDGE