**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

HAROLD HARRISON,

      Defendant.

_____/

No. CR 06-00712 JSW

**ORDER CONVERTING MOTION HEARING TO STATUS CONFERENCE**

On March 2, 2007, the Court granted Defendant an extension of time to file motions until no later than  4:00 p.m. on Monday, March 5, 2007, and stated that it would not entertain any further requests for extensions of time with respect to the pretrial motions.

Having received no motions from the Defendant, the Court HEREBY ORDERS that the motion hearing set on March 29, 2007 is converted to a status hearing.  If the parties believe a further exclusion of time is warranted, they should submit a stipulation and proposed Order documenting the bases for the proposed exclusions.

**IT IS SO ORDERED.**

Dated: March 7, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE