1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3   MARK L. KROTOSKI (CABN 138549)
    Chief, Criminal Division

4   KIRSTIN M. AULT (CABN 206052)
    Assistant United States Attorney

5

6   450 Golden Gate Ave., Box 36055
    San Francisco, California 94102

7   Telephone: (415) 436-6940
    Facsimile: (415) 436-7234

8   E-mail: kirstin.ault@usdoj.gov

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )   No.     CR 06-00712 JSW
                                        )
14          Plaintiff,                  )   [PROPOSED] ORDER EXCLUDING
                                        )   TIME FROM APRIL 30, 2007 THROUGH
15      v.                              )   MAY 28, 2007 FROM THE SPEEDY
                                        )   TRIAL ACT CALCULATION (18 U.S.C. §
16   HAROLD HARRISON                    )   3161(h)(8)(A))
                                        )
17          Defendant.                  )
                                        )
18   _____)

19

20          On March 29, 2007, the parties appeared before the Honorable Jeffrey S. White for a

21   status conference. At that appearance, the Court ordered that trial shall commence on June 18,

22   2007 at 8:30 a.m., with a pre-trial conference set for May 29, 2007 at 2:00 p.m. At the hearing,

23   counsel for the United States informed the Court that she would be unavailable from

24   approximately April 30, 2007, through approximately May 28, 2007, due to two trials scheduled

25   in other courts during the month of May. The Court found that time should be excluded from the

26   Speedy Trial Act from April 30, 2007, through May 28, 2007 for continuity of government

27   counsel.

28          With the agreement of the parties, and with the consent of the defendant, the Court enters

1   this order setting trial and pre-trial conference dates in this matter and documenting the exclusion

2   of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 30, 2007, through May 28,

3   2007.

4           The parties agree, and the Court finds and holds, as follows:

5           1.  The defendant is out of custody.

6           2.  The defendant agrees to an exclusion of time under the Speedy Trial Act from April

7   30, 2007, through May 28, 2007, based upon the unavailability of government counsel and need

8   for continuity of counsel.

9           3.  Counsel for the defense believes that the exclusion of time is in his client's best

10  interest.

11          4.  Given these circumstances, the Court finds that the ends of justice served by excluding

12  the period from April 30, 2007, through May 28, 2007, outweigh the best interest of the public

13  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

14          5.  Accordingly, and with the consent of the defendant, the Court orders that: (1) trial

15  shall commence on June 18, 2007 at 8:30 a.m. before the Honorable Jeffery S. White; (2) a

16  pretrial conference shall be held on May 29, 2007, at 2:00 p.m., and (3) the period from April 30,

17  2007, through May 28, 2007, is excluded from Speedy Trial Act calculations under 18 U.S.C. §

18  3161(h)(8)(A) & (B)(iv).

19  STIPULATED:

20

21  DATED: 3/30/07

22                                                  HAROLD ROSENTHAL
                                                    Attorney for Defendant

23

24  DATED: 3/30/07

25                                                  KIRSTIN M. AULT
                                                    Assistant United States Attorney

26  IT IS SO ORDERED.

27

28  DATED: Arpil 2, 2007

                                                    HON. JEFFREY S. WHITE
                                                    United States District Judge

                                                    2