**United States District Court**

For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,

10           Plaintiff,                          No. CR 06-00712 JSW

11       v.                                      **ORDER OF REFERRAL FOR**
                                                 **SETTLEMENT CONFERENCE**
12   HAROLD HARRISON,

13           Defendant.
     _____/

14

15           Pursuant to Criminal Local Rule 11-1 and the consent of the parties, this matter is

16   HEREBY REFERRED to a randomly assigned Magistrate Judge for a pretrial settlement

17   conference to be completed by no later than June 6, 2007.

18           **IT IS SO ORDERED.**

19   Dated: May 29, 2007                         _____
                                                 JEFFREY S. WHITE
20                                               UNITED STATES DISTRICT JUDGE

21
     cc:     Wings Hom
22

23

24

25

26

27

28