1  HAROLD ROSENTHAL, SBN 68380
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone: (510) 981-1800
   Fax: (510) 981-1821
4
   Attorney for Defendant
5  HAROLD HARRISON

6

7

8

   IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
9
   DISTRICT OF CALIFORNIA
11

   THE UNITED STATES OF AMERICA,    )  Case No. CR 006-712 JSW
11                                   )
       Plaintiff,                    )
12                                   )  [PROPOSED]
                                     )  ORDER SEALING DECLARATION IN
13                                   )  SUPPORT OF MOTION TO CONTINUE
       vs.                           )  TRIAL OR EXCLUDE EVIDENCE
14                                   )
                                     )
15                                   )
   HAROLD HARRISON,                  )
16                                   )
       Defendant.                    )
17                                   )
                                     )
18
   TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT
19
       For good cause shown, it is hereby ORDERED that Defendant Harrison's
20
   Declaration in Support of Motion to Continue Trial or Exclude Evidence be filed under
21
   seal.
22

23
   Dated: June 12, 2007
24

25
                                     _____
26                                   The Hon. Jeffrey S. White

27                                   Judge of the United States District Court

28

DECLARATION IN SUPPORT
OF MOTION TO CONTINUE
TRIAL OR EXLCUDE EVIDENCE            1